**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Christopher J. Romano*  *Suite 400*  DIRECT: 410-209-4907
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Christopher.Romano@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-0717

March 21, 2014

<u>VIA ECF</u>

The Honorable Catherine C. Blake
United States District Judge
United States Courthouse
101 W. Lombard St.
Baltimore, MD 21201         Re: <u>United States  v.  Joshua Mendoza</u>
                Crim. No. CCB-14-10

Dear Judge Blake:

    I am writing the Court to provide a status update in the above-captioned case. Mr. Mendoza's counsel, Patrick Kent, has informed me that while he has met with Mr. Mendoza, and is meeting with him again today, he needs some additional time to determine if the case can be resolved short of trial. Therefore, the parties request an additional 30 days at which time the parties will contact chambers to either schedule a rearraignment date, or motions and trial dates.

    Thank you for considering our request.

                        Very truly yours,

                        Rod J. Rosenstein
                        United States Attorney

          By:       /s/
                        Christopher J. Romano
                        Assistant United States Attorney

cc: Patrick Kent, Esquire